THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ORLANDO ESTRADA, Respondent.

Beldock, P. J., Ughetta, Christ and Rabin, JJ., concur; Benjamin, J. concurs in result, with the following memorandum: On this record (which includes a brief conversation between Puccio and defendant which was overheard by the officer), it is my opinion that there was probable cause for the arrest of Puccio and the search of him consequently was valid. [44 Misc 2d 452.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE FIELDS, Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.